No. 2964. TOTTI ET AL., PLAINTIFF-APPELLANTS, v. ANSORGE EXPORT COMPANY, DEFENDANT-APPELLANT. — District

Court of San Juan, Section 1. Decided February 23, 1923. Damages. The plaintiffs' motion for dismissal is sustained.